# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3869

_____

United States of America,                    *
                                             *
                    Appellee,                *
                                             *   Appeal from the United States
            v.                               *   District Court for the
                                             *   District of Nebraska.
Perdis Cotton,                               *
                                             *      [UNPUBLISHED]
                    Appellant.               *

_____

Submitted: January 12, 2006
Filed: January 19, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Perdis Cotton appeals the 150-month sentence the district court[1] imposed after granting the government's Federal Rule of Criminal Procedure 35(b) motion to reduce Cotton's sentence for his post-sentencing substantial assistance. His counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the reduction should have been even greater. Counsel's argument is unavailing. See United States v. Coppedge, 135 F.3d 598, 599 (8th Cir. 1998) (per curiam) (extent of Rule 35(b) reduction is unreviewable); cf. United States v.

_____

[1]The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.

<u>Williams</u>, 324 F.3d 1049, 1049-50 (8th Cir. 2003) (per curiam) (refusal to depart further under U.S.S.G. § 5K1.1 is not reviewable unless defendant makes "substantial showing" that court's decision was based on unconstitutional motive).

Having reviewed the resentencing record under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.  Accordingly, we grant defense counsel's motion to withdraw, and we affirm.

_____